Vernon M. Davis, official referee. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

GEORGE B. HEDGES and ANDREW SHILAND, as Executors, etc., of FREDERICK C. INMAN, Deceased, Appellants, v. HAROLD N. MOLTER, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.; Merrell and Martin, JJ., dissent as to the first defense.

BESSIE POPE SAMPLE, Respondent, v. JOHN J. SAMPLE, Appellant.— Appeal and motion withdrawn, without costs, and the papers filed upon said appeal and submitted upon said motion withdrawn. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

MARY B. CURLEY, Appellant, v. JOHN B. CURLEY, Respondent.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EMILY A. PEARCE, Respondent, v. FREDERICK J. LANCASTER, as Surviving Trustee, etc., of ANNA E. TUCKER, the Elder, Deceased, and Others, Defendants, Impleaded with PAUL ASKENASY and Others, Appellants, and JESSIE B. LEGGATT, Individually and as Administratrix, etc., of the Estate of WILLIAM P. LEGGATT, Deceased, and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy and O'Malley, JJ.

ROSE NEEDLE, Respondent, v. NEW YORK RAILWAYS CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Martin, J., dissents.

IRVING NEEDLE, Respondent, v. NEW YORK RAILWAYS CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Martin, J., dissents.

COMMERCIAL CASUALTY INSURANCE COMPANY, Appellant, v. HAY FOUNDRY AND IRON WORKS, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

COMMERCIAL CASUALTY INSURANCE COMPANY, Appellant, v. HAY FOUNDRY AND IRON WORKS, INC., Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SANTO VANADIA, Respondent, v. CAMPBELL METAL WINDOW CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPH GOLDNER, Respondent, v. DEL BALSO TRUCKING CORPORATION, Appellant.— Order reversed, with costs and disbursements, and the verdict reinstated. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GUDRUN HELLAND and JOHN HELLAND, Respondents, v. MERCANTILE DELIVERY COMPANY, Defendant, Impleaded with THE NEW YORK TELEGRAM CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH KRAUSS, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.